# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| DONNA BLAKE, | ) |
|     Plaintiff, | ) Case # 4:09-cv-00197-HCE |
| v. | ) |
| VIKING COLLECTION SERVICE, INC., | ) |
|     Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

DONNA BLAKE (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, VIKING COLLECTION SERVICE, INC. (Defendant), in this case.

    Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By: /s/ Ryan Lee
Ryan Lee
Attorneys for Plaintiff
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., Suite 170
Los Angeles, CA 90025

1